**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION**

TODD IVEY SR.,

  Plaintiff,                                 CASE NO.:  2:18-CV-11217-AJT-MKM

-vs-

JOHN C. HEATH, ATTORNEY AT LAW,
PLLC d/b/a LEXINGTON LAW, AND
COUNSEL OF ATTORNEYS,

  Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

      **COMES NOW** the Plaintiff, Todd Ivey Sr., and the Defendant, John C. Heath, Attorney at Law PLLC d/b/a Lexington Law Firm, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

      Respectfully submitted this 3rd day of January, 2019.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/  Stephen W. King* |
| Octavio Gomez, Esquire | Stephen W. King (P56456) |
| Florida Bar No.: 0338620 | King and Murray PLLC |
| Morgan & Morgan, Tampa,  P.A. | 355 S. Old Woodward, Suite 100 |
| 201 N. Franklin Street, Suite 800 | Birmingham, Michigan 48009 |
| Tampa, Florida 33602 | Tele: (248) 792-2398 |
| Tele: (813) 223-5505 | Fax: (248) 646-8747 |
| Fax: (813) 223-5402 | Primary Email: SKing@KingandMurray.com |
| Primary Email: TGomez@ForThePeople.com | *Attorney for Defendant* |
| Secondary Email: LDobbins@ForThePeople.com | |
| *Attorney for Plaintiff* | |